

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHIKENNA D JONES
    PLAINTIFF.

Case No.

-v-

CBCINNOVIS, INC,
    DEFENDANT.

## COMPLAINT

Plaintiff, CHIKENNA D JONES, hereby sues Defendant, CBCINNOVIS, INC; and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

### JURISDICTION AND VENUE

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

3. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

4. All conditions precedent to the bringing of this action have been performed, waived or excused.

### FACTUAL ALLEGATIONS

5. The conditions to obtain permissible purpose to make a pull of PLAINTIFF's consumer report, as per FRCA 15 U.S.C. § 1681b, are not being met by DEFENDANT.

6. Since April 22, 2010, PLAINTIFF's EXPERIAN consumer reports keeps showing a non-permissible purpose pull, that PLAINTIFF is not authorizing, been made by DEFENDANT. (See Exhibit A)

7. Since April 22, 2010, PLAINTIFF's EQUIFAX consumer reports keeps showing a non-permissible purpose pull, that PLAINTIFF is not authorizing, been made by DEFENDANT. (See Exhibit A)

8. Since April 22, 2010, PLAINTIFF's TRANSUNION consumer reports keeps showing a non-permissible purpose pull, that PLAINTIFF is not authorizing, been made by DEFENDANT. (See Exhibit A)

9. On April 13, 2012, a Unauthorized Credit Inquiry letter (See Exhibit B) was sent, via certified mail letter #7011 3500 0002 2526 0167, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF.

10. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the certified mail letter #7011 3500 0002 2526 0167, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF. (See Exhibit B)

11. On April 13, 2012, a Unauthorized Credit Inquiry letter (See Exhibit C) was sent, via certified mail letter #7011 3500 0002 2526 0129, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF.

12. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the certified mail letter #7011 3500 0002 2526 0129, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF. (See Exhibit C)

13. On April 13, 2012, a Unauthorized Credit Inquiry letter (See Exhibit D) was sent, via certified mail letter #7011 3500 0002 2526 0358, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF.

14. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the certified mail letter #7011 3500 0002 2526 0358, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF. (See Exhibit D)

15. PLAINTIFF's TRANSUNION consumer report specifies which inquiries are to be considered with "permissible purpose," and labels them as such in the consumer report. (See Exhibit D)

16. PLAINTIFF's consumer report shows that TRANSUNION places outside of the "permissible purpose" all inquiries, and/or pulls, being made by DEFENDANT. (See Exhibit D)

17. On May 9, 2012, a Notice of Pending Lawsuit (See Exhibit E) was sent, via certified mail letter #7011 3500 0002 2526 0426, offering an opportunity to amicably settle violations to the FCRA outside of court, to the DEFENDANT.

18. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the registered mailed letter #7011 3500 0002 2526 0426, Notice of Pending Lawsuit, dated May 11, 2012, being evidence and confirmation that this letter was received by DEFENDANT. (See Exhibit E)

19. PLAINTIFF respectfully comes, and ask, and demands to this court, remedy to all FCRA violations, against PLAINTIFF, been committed by DEFENDANT.

# COUNT I

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
WILLFUL NON-COMPLIANCE BY DEFENDANT**

20. Paragraphs 1 through 19 are re-alleged as though fully set forth herein.

21. The definition of a "consumer", within the meaning of FCRA 15 U.S.C. §1681a(c), describes the PLAINTIFF.

22. The definition of a "corporation", within the meaning of FCRA 15 U.S.C. §1681a(b), describes the DEFENDANT.

23. The conditions to obtain permissible purpose to make a pull of PLAINTIFF's consumer report, as per FCRA 15 U.S.C. § 1681b, are not being met by DEFENDANT.

24. On 1 occasion, PLAINTIFF's EXPERIAN consumer reports keeps showing non-permissible purpose inquiries/pulls, that PLAINTIFF is not authorizing, that are been made by DEFENDANT.

25. On 1 occasion, PLAINTIFF's EQUIFAX consumer reports keeps showing non-permissible purpose inquiries/pulls, that PLAINTIFF is not authorizing, that are been made by DEFENDANT.

26. On 1 occasion, PLAINTIFF's TRANSUNION consumer reports keeps showing non-permissible purpose inquiries/pulls, that PLAINTIFF is not authorizing, that are been made by DEFENDANT.

WHEREFORE, PLAINTIFF demands judgment for damages in the amount of $3,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to FCRA 15 U.S.C. §1681n against DEFENDANT.

**WHEREFORE,** PLAINTIFF demands judgment for damages against DEFENDANT, and $2,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to FCRA 15 U.S.C. §1681n (a) (3), FCRA 15 U.S.C. §1681o (a) and FDCPA 15 U.S.C. §1692k

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: June 18, 2012

Respectfully submitted,

*Chikenna D Jones*

Chikenna D Jones
(Authorized Agent for CHIKENNA JONES)
37459 ULTIMA PLAZA BLVD 226
PRAIRIEVILLE, LA 70769
225-406-0590

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing was provided by U.S. Postal Service Certified Mail Receipt # 7011 3500 0002 2527 2726 to CBCINNOVIS, INC, C/O CORPORATION SERVICE COMPANY, 320 SOMERULUS ST., BATON ROUGE, LA 70802-6129 this 18 day of June 2012.

_____
Chikenna D. Jones
(Authorized Agent for CHIKENNA D JONES, PLANTIFF)
37459 ULTIMA PLAZA BLVD 226
PRAIRIEVILLE, LA 70769
225-650-5162

Experian - Printable Full Report · experian.com/AnnualCreditReport/cac/Full...
Case 3:12-cv-00361-JJB-SCR  Document 1   06/18/12  Page 7 of 20
EXHIBIT A

# Record of Requests for Your Credit History

back to top

## Inquiries Shared With Others

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

The section below lists all of the companies that have requested your credit history as a result of action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

### CBCINNOVIS

Address:
PO BOX 1838
COLUMBUS OH 43216
*No phone number available*
Address Identification Number:
0675136500
Comments:
Installment loan on behalf of 102 OCWEN LOAN SERVICI. This inquiry is scheduled to continue on record until May 2012.

Date of Request:
04/22/2010

## Inquiries Shared Only With You

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application.

These inquiries do not affect your credit score.



Address:
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409
*No phone number available*

Date of Request:
01/31/2012



| | | | |
|---|---|---|---|
| 120-149 Days Past Due: | 120 | Repossession: | R |
| 150-179 Days Past Due: | 150 | Charge Off: | CO |

# Inquiries

A request for your credit history is called an inquiry. Inquiries remain on your credit report for two years. There are two types of inquires - those that may impact your credit rating and those that do not.

**Inquiries that may impact your credit rating**

These inquires are made by companies with whom you have applied for a loan or credit.

| Name of Company | Date of Inquiry |
|---|---|
| CBC INNOVIS::2602873413 | 04/22/10 |

**Creditor Contact Information**

CBC INNOVIS
PO Box 1838
Columbus, OH 432161838
(877) 237-8317

| | |
|---|---|
| [redacted] | 05/31/11 |

**Creditor Contact Information**

[redacted]

| | |
|---|---|
| [redacted] | 02/09/11 |

**Creditor Contact Information**

[redacted]

| | |
|---|---|
| [redacted] | 03/09/12 |

**Creditor Contact Information**

[redacted]

**Inquiries that do not impact your credit rating**
These inquires include requests from employers, companies making promotional offers and your own requests to check your credit. These inquiries are only viewable by you.

| Company Information | Date of Inquiry |
|---|---|
| EQUIFAX | 04/11/12 |
| ND-EQUIFAX MORTGAGE SERVICES ::2602873413 | 06/25/11 |
| AR-FEDERAL HOME LOAN MORTGAGE CRP | 05/03/11 |
| HIBERNIA NATIONAL BANK | 08/05/11 |

| Prefix | Prefix Description |
|---|---|
| PRM | Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or |

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**[REDACTED]**
#300
CLACKAMAS, OR 97015
(866) 719-0400

**Requested On:** 09/19/2011
**InquiryType:** Individual

**Permissible Purpose:** WRITTEN AUTHORIZATION

**102 OCWEN LOAN SERVI via CBC INNOVIS**
PO BOX 1838
COLUMBUS, OH 43216
(877) 237-8317

**Requested On:** 04/22/2010
**InquiryType:** Individual

**Permissible Purpose:** CREDIT TRANSACTION

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**[REDACTED]**
WASHINGTON, DC 20019
Phone number not available

**Requested On:** 01/05/2012
**Permissible Purpose:** INSURANCE UNDERWRITING

**[REDACTED]**
ESCONDIDO, CA 92025
Phone number not available

**Requested On:** 08/19/2011, 06/24/2011

**[REDACTED]**
MILWAUKEE, WI 53202
(800) 424-6442

**Requested On:** 06/25/2011
**Permissible Purpose:** INSURANCE UNDERWRITING

**[REDACTED]**
4540 HONEYWELL COU
DAYTON, OH 45424
(937) 235-8900

**Requested On:** 09/10/2010
**Permissible Purpose:** CONSUMER INITIATED TRANSACTION

**[REDACTED] RD**
ROANOKE, VA 24018
(800) 255-7828

**Requested On:** 08/16/2010
**Permissible Purpose:** INSURANCE UNDERWRITING

**[REDACTED]**
MINNEAPOLIS, MN 55438
(877) 288-9426

**Requested On:** 08/09/2010

# EXHIBIT B

VIA Certified Mail # 7011 3500 0002 2526 0167

Chikenna D Jones
37459 Ultima Plaza Blvd
Suite 226
Prairieville, LA 70769

CBCINNOVIS
PO Box 1838
Columbus, OH 43216

Date: April 12, 2012

Re: Unauthorized Credit Inquiry

Dear CBC Innovis,

I recently received a copy of my Experian credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed. You have 10 days from the receipt of this letter to respond.

If you find that I am remiss, and you did have my authorization to inquire into my credit report, and then please send me proof of this. You have 10 days from the receipt of this letter to respond.

Thanking you in advance,

Sincerely,

Chikenna D Jones
SSN# 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
*Attachment included.*

## Record of Requests for Your Credit History

back to top

### Inquiries Shared With Others

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

The section below lists all of the companies that have requested your credit history as a result of action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

**CBCINNOVIS**

Address:
PO BOX 1838
COLUMBUS OH 43216
*No phone number available*

Address Identification Number:
0675136500

Comments:
Installment loan on behalf of 102 OCWEN LOAN SERVICI. This inquiry is scheduled to continue on record until May 2012.

Date of Request:
04/22/2010

### Inquiries Shared Only With You

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application.

These inquiries do not affect your credit score.



Address:
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409
*No phone number available*

Date of Request:
01/31/2012



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

COLUMBUS OH 43216

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.75 |

0983
14
Postmark Here
04/13/2012

Sent To: CBC Innovis
Street, Apt. No.; or PO Box No.: PO Box 1838
City, State, ZIP+4: Columbus OH 43216-1838

PS Form 3800, August 2006    See Reverse for Instructions

7011 3500 0002 2526 0167

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CBC Innovis
PO Box 1838
Columbus OH 43216-1838

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ansley_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): 
C. Date of Delivery: APR 19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7011 3500 0002 2526 0167

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT C

VIA Certified Mail # 7011 3500 0002 2526 0129

Chikenna D Jones
37459 Ultima Plaza Blvd
Suite 226
Prairieville, LA 70769

CBC Innovis
PO Box 1838
Columbus, OH 43216-1838

Date: April 12, 2012

Re:  Unauthorized Credit Inquiry

Dear CBC Innovis,

I recently received a copy of my Equifax credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed. You have 10 days from the receipt of this letter to respond.

If you find that I am remiss, and you did have my authorization to inquire into my credit report, and then please send me proof of this. You have 10 days from the receipt of this letter to respond.


Thanking you in advance,


Sincerely,

Chikenna D Jones
SSN# 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
*Attachment included.*

| 120-149 Days Past Due: | 120 | Repossession: | R |
| --- | --- | --- | --- |
| 150-179 Days Past Due: | 150 | Charge Off: | CO |

# Inquiries

A request for your credit history is called an inquiry. Inquiries remain on your credit report for two years. There are two types of inquires - those that may impact your credit rating and those that do not.

**Inquiries that may impact your credit rating**

These inquires are made by companies with whom you have applied for a loan or credit.

| Name of Company | Date of Inquiry |
| --- | --- |
| CBC INNOVIS::2602873413 | 04/22/10 |

*Creditor Contact Information*

CBC INNOVIS
PO Box 1838
Columbus, OH 432161838
(877) 237-8317

|  | 05/31/11 |
| --- | --- |

*Creditor Contact Information*

5428 Florida Blvd
Baton Rouge, LA 708064131

|  | 02/09/11 |
| --- | --- |

*Creditor Contact Information*

644 Saint Ferdinand St
Baton Rouge, LA 708026151

|  | 03/09/12 |
| --- | --- |

*Creditor Contact Information*

**Inquiries that do not impact your credit rating**
These inquires include requests from employers, companies making promotional offers and your own requests to check your credit. These inquiries are only viewable by you.

| Company Information | Date of Inquiry |
| --- | --- |
| EQUIFAX | 04/11/12 |
| ND-EQUIFAX MORTGAGE SERVICES ::2602873413 | 06/25/11 |
| AR-FEDERAL HOME LOAN MORTGAGE CRP | 05/03/11 |
| HIBERNIA NATIONAL BANK | 08/05/11 |

| Prefix | Prefix Description |
| --- | --- |
| PRM | Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

COLUMBUS OH 43216   OFFICIAL USE

| | |
|---|---|
| Postage | $0.45 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.75 |

Postmark Here  0983  14  04/13/2012

Sent To: CBC Innovis
Street, Apt. No.; or PO Box No.: PO Box 1838
City, State, ZIP+4: Columbus OH 43216-1838

PS Form 3800, August 2006    See Reverse for Instructions

7011 3500 0002 2526 0129

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CBC Innovis
   PO Box 1838
   Columbus, OH 43216-1838

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ansley_     ☐ Agent   ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: APR 19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7011 3500 0002 2526 0129

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT D

VIA Certified Mail # 7011 3500 0002 2526 0358

Chikenna D Jones
37459 Ultima Plaza Blvd
Suite 226
Prairieville, LA 70769

102 OCWEN LOAN SERVI VIA CBC INNOVIS
PO Box 1838
COLUMBUS OH 43216

Date: April 12, 2012

Re: Unauthorized Credit Inquiry

Dear 102 OCWEN LOAN SERVI VIA CBC INNOVIS,

I recently received a copy of my TransUnion credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed. You have 10 days from the receipt of this letter to respond.

If you find that I am remiss, and you did have my authorization to inquire into my credit report, and then please send me proof of this. You have 10 days from the receipt of this letter to respond.

Thanking you in advance,

Sincerely,

*[signature]*

Chikenna D Jones
SSN# 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
*Attachment included.*

TransUnion

https://annualcreditreport.transunion.com/coss/common/viewRe...

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

10121 SE SUNNYSIDE
#300
CLACKAMAS, OR 97015
(866) 719-0400

**Requested On:** 09/19/2011
**InquiryType:** Individual

**Permissible Purpose:** WRITTEN AUTHORIZATION

**102 OCWEN LOAN SERVI via CBC INNOVIS**
PO BOX 1838
COLUMBUS, OH 43216
(877) 237-8317

**Requested On:** 04/22/2010
**InquiryType:** Individual

**Permissible Purpose:** CREDIT TRANSACTION

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

1 GEICO BLVD
WASHINGTON, DC 20019
Phone number not available

**Requested On:** 01/05/2012
**Permissible Purpose:** INSURANCE UNDERWRITING

270 E KILBOURN AVE
MILWAUKEE, WI 53202
(800) 424-6442

**Requested On:** 06/25/2011
**Permissible Purpose:** INSURANCE UNDERWRITING

1819 ELECTRIC RD
ROANOKE, VA 24018
(800) 255-7828

**Requested On:** 08/16/2010
**Permissible Purpose:** INSURANCE UNDERWRITING

201 WEST GRAND
ESCONDIDO, CA 92025
Phone number not available

**Requested On:** 08/19/2011, 06/24/2011

4540 HONEYWELL COU
DAYTON, OH 45424
(937) 235-8900

**Requested On:** 09/10/2010
**Permissible Purpose:** CONSUMER INITIATED TRANSACTION

PO BOX 385908
MINNEAPOLIS, MN 55438
(877) 288-9426

**Requested On:** 08/09/2010

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

COLUMBUS OH 43216

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.75 |

Postmark Here — 0983 14 — 04/13/2012

Sent To: _102 Ocwen Loan Servi via CBC Innovis_
Street, Apt. No.; or PO Box No. _PO Box 1838_
City, State, ZIP+4 _Columbus OH 43216_

Article Number: 7011 3500 0002 2526 0358

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   102 OCWEN LOAN SERVI
   VIA CBC INNOVIS
   PO BOX 1838
   COLUMBUS OH 43216

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ansley_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery: APR 19
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7011 3500 0002 2526 0358

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

*Exhibit E*

Certified Mail #    7011 3500 0002 2526 0426

CHIKENNA D JONES
37459 ULTIMA PLAZA BLVD
SUITE 226
PRAIRIEVILLE LA 70769

May 9, 2012

CBCINNOVIS INC
PO BOX 1838
COLUMBUS, OH 43216-1838

## NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure CBCINNOVIS INC violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 *et seq*.

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If CBCINNOVIS INC chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law.

I can be reached directly at 225-406-0590 (cell) or via email at thetrivium422@gmail.com. This cell number and/or email is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

*[signature]*

Chikenna D. Jones
(Authorized Agent for CHIKENNA D JONES)

*Exhibit E*

English    Customer Service    USPS Mobile                                                           Register / Sign In

                                                       Search USPS.com or Track Packages

Quick Tools         Ship a Package      Send Mail       Manage Your Mail       Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70113500000225260426 | First-Class Mail® | Delivered | May 14, 2012, 10:45 am | COLUMBUS, OH 43216 | Expected Delivery By: May 14, 2012  Certified Mail™ |
| | | Arrival at Unit | May 14, 2012, 4:54 am | COLUMBUS, OH 43216 | |
| | | Processed at USPS Origin Sort Facility | May 11, 2012, 11:08 pm | COLUMBUS, OH 43218 | |
| | | Acceptance | May 09, 2012, 6:44 pm | BATON ROUGE, LA 70817 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS. All Rights Reserved.

