UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHIKENNA D. JONES

CIVIL ACTION

VERSUS

NO. 12-361-JJB-SCR

CBCINNOVIS, INC.

**RULING**

The court has carefully considered the petition, the record, the law applicable

to this action, and the Report and Recommendation of United States Magistrate

Judge Stephen C. Riedlinger dated March 4, 2013 (doc. no. 14) to which no

objection has been filed.

The court hereby approves the report and recommendation of the magistrate

judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's

complaint is DISMISSED pursuant to Rule 41(b) and Local Rule 41.2.C., for failure

to prosecute.

Baton Rouge, Louisiana, April 10, 2013.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA