UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHIKENNA D. JONES

VERSUS

CBCINNOVIS, INC.

CIVIL ACTION

NO. 12-361-JJB-SCR

**ORDER OF DISMISSAL**

For the written reasons assigned and filed herein:

IT IS ORDERED that the plaintiff's complaint is DISMISSED pursuant to Rule 41(b) and Local Rule 41.2.C., for failure to prosecute.

Baton Rouge, Louisiana, April 10, 2013.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA